B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number **10–38408–DOT**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on December 8, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carolyn Cimino Millan
dba Carolyn Millan, pka Carolyn K Cimino
201 Battery Place
Colonial Heights, VA 23834

| | |
|---|---|
| Case Number: 10–38408–DOT<br>Office Code: 3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–4389 |
| Attorney for Debtor(s) (name and address):<br>Richard James Oulton<br>The Debt Law Group, pllc<br>111 Highland Ave<br>Colonial Heights, VA 23834<br>Telephone number: (804) 520–2428 | Bankruptcy Trustee (name and address):<br>Lynn L. Tavenner<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219<br>Telephone number: (804) 783–8300 |

### Meeting of Creditors:
Date: **January 10, 2011**     Time: **12:00 PM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**March 11, 2011**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 701 East Broad Street<br>Richmond, VA 23219 | Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date: December 9, 2010 |

## EXPLANATIONS   B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §§727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Richmond Division:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: luedecket              Page 1 of 1                  Date Rcvd: Dec 09, 2010
Case: 10-38408                Form ID: B9A                 Total Noticed: 21

The following entities were noticed by first class mail on Dec 11, 2010.
db         +Carolyn Cimino Millan,   201 Battery Place,   Colonial Heights, VA 23834-3700
aty        +Richard James Oulton,   The Debt Law Group, pllc,   111 Highland Ave,
             Colonial Heights, VA 23834-3139
10126909   +Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202-2120
10126910   +Client Services, Inc,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
10126912   +Cumberland Medical Associates,   5085 Morganton Rd,   Fayetteville, NC 28314-1523
10126915   +Home Furnishings,   PO Box 12812,   Norfolk, VA 23541-0812
10126917   +Medical Data Systems I,   2001 9th Ave,   Suite 312,   Vero beach, FL 32960-6413
10126919   +Sams Club,   Attention: Bankruptcy Dept,   Po Box 105968,   Atlanta, GA 30348-5968
10126921   +Southside Regional Medical Cen,   PO Box 501128,   Saint Louis, MO 63150-1128
10126922   +United Collection Bureau, Inc,   PO Box 1448,   Maumee, OH 43537-8448
10126923   +Usaa Savings Bank,   Po Box 33009,   San Antonio, TX 78265-3009

The following entities were noticed by electronic transmission on Dec 10, 2010.
tr          +EDI: QLLTAVENNER.COM Dec 09 2010 23:03:00      Lynn L. Tavenner,   Tavenner & Beran, PLC,
             20 North Eighth Street, Second Floor,   Richmond, VA 23219-3302
10126905    EDI: BANKAMER.COM Dec 09 2010 23:03:00       Bank Of America,   4060 Ogletown/Stanton Rd,
             Newark, DE 19713-0000
10126906   +EDI: BMWFINANCIAL.COM Dec 09 2010 23:03:00       Bmw Financial Services,   5550 Britton Parkway,
             Hilliard, OH 43026-7456
10126907    EDI: CAPITALONE.COM Dec 09 2010 23:03:00       Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
             Norcross, GA 30091-0000
10126908   +EDI: CITICORP.COM Dec 09 2010 23:03:00       Citibank Usa,   Attn: Bankruptcy Dept,   Po Box 20507,
             Kansas City, MO 64195-0507
10126913   +EDI: DISCOVER.COM Dec 09 2010 23:03:00       Discover Fin,   Po Box 6103,
             Carol Stream, IL 60197-6103
10126914   +EDI: RMSC.COM Dec 09 2010 23:03:00      GEMB/JCPenney,   PO Box 981131,   El Paso, TX 79998-1131
10126916   +EDI: TSYS2.COM Dec 09 2010 23:03:00      Macys/fdsb,   Attn: Bankruptcy,   Po Box 8053,
             Mason, OH 45040-8053
10126918   +EDI: NESF.COM Dec 09 2010 23:03:00       National Enterprise Systems,   29125 Solon Rd,
             Solon, OH 44139-3442
10126920   +EDI: SEARS.COM Dec 09 2010 23:03:00       Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                                TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10126911   ##+Cumberland Medical Associates,   2911 Breezewood Ave,   Suite 100,   Fayetteville, NC 28303-5464
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2010**          **Signature:** *Joseph Speetjens*